IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VIRAL DRM, LLC,

Plaintiff,

v.

JANSEN CHEVROLET CO., INC,

Defendant.

Case No. 24-cv-471 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/21/2024**            MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**